In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00265-CR**
_____

**JOSE OSWALDO CRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-07-08459-CR**
_____

### MEMORANDUM OPINION

On April 13, 2021, the trial court sentenced Jose Oswaldo Cruz, Appellant, on a conviction for continuous sexual abuse of a child. Cruz filed a notice of appeal on August 27, 2021. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

1

On September 1, 2021, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. Because the record does not contain a certification that shows Cruz has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Moreover, Cruz filed the notice of appeal after his conviction became final and too late to perfect an appeal. *See* Tex. R. App. P. 26.2. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 12, 2021
Opinion Delivered October 13, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.